THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Lisbeth A.
 Theisen, Respondent/Appellant,
 
 
 

v.

 
 
 
 Joan Theisen
 and Richard Doris, as personal representatives of the Estate of George I.
 Theisen, deceased, and Claude I. Theisen, Respondents,
 
 
 

v.

 
 
 
 Clifford R.
 Theisen, Appellant/Respondent,
 
 
 

v.

 
 
 
 Joan Theisen,
 Eva Marie Theisen Fox, Thomas Fox, Susan Washburn, Brian Washburn and T&S
 Brass and Bronze Works, Inc., Respondents.
 
 
 

 

Appeal From Greenville County
 Larry R. Patterson, Circuit Court Judge

Memorandum Opinion No.  2009-MO-024
Heard April 7, 2009- Filed June 1, 2009 

AFFIRMED

 
 
 
 Kymric
 Y. Mahnke, of Nelson Mullins Riley & Scarborough, of Greenville, for
 Appellant-Respondent.
 Joel W.
 Collins, Jr., Christian Stegmaier, Robert F. Goings, and Amy L. Neuschafer, all
 of Collins & Lacy, of Columbia; John A. Hagins, Jr. and T.S. Stern, Jr., both
 of Covington Patrick Hagins Stern & Lewis, of Greenville, for Respondents.
 Robert
 C. Wilson, Jr., of Greenville, for Respondent-Appellant.
 
 
 

PER CURIAM:  These
 cross-appeals arise from orders of the circuit court granting summary judgment
 in favor of Respondents against Appellant/Respondent, Clifford Theisen and Respondent/Appellant,
 Lisbeth Theisen.  We affirm. 
We have
 fully considered the record and applicable law, and have reviewed all issues
 raised by Clifford and Lisbeth.  After viewing the evidence in the light most
 favorable to Appellants, we find the trial court properly held there was no
 genuine issue as to any material fact such that Respondents were entitled to a
 judgment as a matter of law.  Rule 56(c), SCRCP.  The judgment below is
 affirmed pursuant to Rule 220(b), SCACR, and the following authorities: Lanham
 v. Blue Cross and Blue Shield of South Carolina, Inc., 349 S.C. 356, 361,
 536 S.E.2d 331, 333 (2002); Tupper v. Dorchester County, 326 S.C. 318,
 325, 487 S.E.2d 187, 191 (1997).    
AFFIRMED.[1]
WALLER,
 ACTING CHIEF JUSTICE, BEATTY, PLEICONES, KITTREDGE, JJ., and Acting Justice
James E. Moore, concur.

[1]  The Court is in receipt of an Agreement to
 Dismiss the proceedings relating to Clifford Theisens claims against
 Respondents.  We decline to dismiss the appeal, inasmuch as the settlement was
 filed after the case was argued and while an opinion was circulating; the
 parties are nonetheless free to settle the case in accordance with Rule 261,
SCACR.